# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-336 (ES) |
| v. | **ORDER** |
| STEPHEN LUKE., | |
| Defendant. | |

**THIS MATTER** having come before the Court upon the application of Rebekah R. Conroy, Esq. and Shalom D. Stone, Esq., attorneys for defendant, for a modification of release conditions for defendant to travel; for the reasons stated on the record and for good cause shown;

**IT IS ON THIS 12th day of March, 2024**

**ORDERED** that defendant's application to travel abroad is denied.

/s/ Leda Dunn Wettre
Hon. Leda Dunn Wettre
United States Magistrate Judge